UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARY JONES, | Case No. 2:26-cv-01239-MMD-NJK |
| Plaintiff, | ORDER |
| v. | |
| GOVERNOR JOE LOMBARDO, *et al.*, | |
| Defendants. | |

Before the Court is United States Magistrate Judge Nancy J. Koppe's Report and Recommendation (ECF No. 8 ("R&R")), recommending the Court dismiss this case without prejudice to Plaintiff seeking relief in an appropriate forum. Plaintiff had until June 12, 2026, to file objections. (*Id.* at 3.) To date, no objections have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R and dismiss this case without prejudice

Because there is no objection, the Court need not conduct de novo review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Koppe explains in the R&R that jurisdiction is lacking, because Plaintiff appears to seek the Court's reversal of a state trial court decision and a federal district court does not have appellate jurisdiction over a state court. (ECF No. 8 at 2.) Judge Koppe accordingly recommends dismissal of this case without prejudice to refiling in an appropriate forum. (*Id.*) Having reviewed the R&R, Judge Koppe did not clearly err.

It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 8) is accepted and adopted in full.

It is further ordered that this case is dismissed, in its entirety, without prejudice.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 17th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE